In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-10-00105-CV

                                                ______________________________

 

 

                                       COY LYNN OWENS,
Appellant

 

                                                                V.

 

                                            COY E. OWENS, Appellee

 

 

                                                                                                  


 

 

                                       On Appeal from the 62nd
Judicial District Court

                                                           Hopkins County, Texas

                                                          Trial Court
No. CV36520

 

                                                       
                                           

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                            Memorandum Opinion by Justice Moseley








                                                     MEMORANDUM 
OPINION

 

            Coy
Lynn Owens, pro se, filed a notice of appeal from an order releasing funds from
the registry of the court.  He filed the
notice of appeal on October 4, 2010. 
Fifteen days later, on October 19, 2010, he filed a letter with the
district clerk requesting the appeal be dismissed (with detailed explanations
of his reasons).  He asked the court to
treat his letter as a motion to withdraw his notice of appeal.

            In
accord with his stated intention, we treat his correspondence as a motion to
dismiss his appeal.  See Tex. R. App. P. 42.1.


            We
dismiss the appeal.  

 

 

                                                                        Bailey
C. Moseley

                                                                        Justice

 

Date Submitted:          November 16, 2010

Date Decided:             November 17, 2010